**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Dempsey C. Wood,** | ) | **CASE NO. 1:04 CV 1633** |
| | ) | |
| Plaintiff, | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Mid-America Management Corp.,** | ) | <u>**Judgment Entry**</u> |
| | ) | |
| Defendant. | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendant's Motion for Summary Judgment (Docs. 16, 17), hereby enters judgment for defendant.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT JUDGE

Dated: 7/18/05